# United States Court of Appeals
## For the First Circuit

No. 00-1837
No. 00-1910

MERRILL W. KEARNEY,

Plaintiff, Appellant,

v.

J.P. KING AUCTION COMPANY, INC.,
J. CRAIG KING,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on September 13, 2001 is amended as follows:

Page 28, line 16 of footnote 19:

replace "in such AS way as to" with "in such A way as to"